IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AYRTON J. DOERR | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| UNIVERSITY OF DELAWARE, et al. | : | No. 16-cv-02738 |
| Defendants. | : | |

**Application for an Extension of Time to Answer, Move or Otherwise Reply
Pursuant to Local Civil Rule 6.1(b)**

Application is hereby made for a Clerk's Order extending the time within which Defendants may answer, move or otherwise reply to the Plaintiff's Complaint. It is represented that:

1. No previous extension has been obtained;

2. Waiver of service of process was effected on July 21, 2016;

3. Time to answer, move or otherwise reply expires on August 22, 2016.

By:  s/ Christina D. Riggs
Christina D. Riggs
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-7810
criggs@saul.com
*Attorneys for Defendants*

## **ORDER**

The above application is ORDERED GRANTED, and Defendants' deadline to answer, move or otherwise reply to the Complaint is extended to September 2, 2016.

ORDER DATED _____

WILLIAM T. WALSH, Clerk


By:_____
Deputy Clerk

## CERTIFICATE OF SERVICE

     I hereby certify that Defendants' Application for an Extension of Time to Answer, Move or Otherwise Reply to Plaintiff's Complaint Pursuant to Local Civil Rule 6.1(b) was served on this date by way of electronic filing on the following counsel:

Dominic V. Caruso, Esquire
1037 Route 46 E Suite 105
Clifton NJ 07013
(973) 614-8646
*Attorney for Plaintiff*

    s/ Christina D. Riggs
    Christina D. Riggs

Dated: August 17, 2016