# DOMINIC V. CARUSO
*Counselor at Law*

SUITE 105
1037 ROUTE 46 EAST
CLIFTON, NEW JERSEY 07013
(973) 614-8646
FAX (973) 472-7763

October 4, 2016

The Honorable John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re: *Aryton Doerr v. University of Delaware, et als.*
          Docket No. 2:16-cv-02738-JMV-JBC

Dear Judge Vazquez:

I represent plaintiff, Aryton Doerr in the above captioned litigation venued in the United States District Court for the District of New Jersey.
Defendants have filed a Motion to Dismiss, which is voluminous. Due to a heavy trial schedule and professional commitments, I have not been able to complete my opposition.
I am writing to request an additional period of 10 days to file papers in opposition to the motion.
Thank you for your consideration.

Very truly yours,

Dominic V. Caruso

Copy to: Christina D. Riggs, Esq. Via email