# DOMINIC V. CARUSO
*Counselor at Law*

SUITE 105
1037 ROUTE 46 EAST
CLIFTON, NEW JERSEY 07013
(973) 614-8646
FAX (973) 472-7763

July 14, 2017

The Honorable John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   Re: *Ayrton Doerr v. University of Delaware, et als.*
     Docket No. 2:16-cv-02738-JMV-JBC

Dear Judge Vazquez:

We have received and reviewed the Order granting defendant's motion to dismiss for lack of personal jurisdiction.

The plaintiff, Ayrton Doerr appreciates and is grateful to the Court for the opportunity to amend the Complaint. However, in light of the Court's finding that this Court lacks personal jurisdiction over residents of Delaware, no amendment could adequately address or correct the jurisdictional infirmity.

As the Compliant was dismissed without prejudice, the plaintiff has filed the action *pro se* in the United States District Court for the District of Delaware.

Thank you for your courtesies.

            Very truly yours,

            Dominic V. Caruso

Copy to: Christina D. Riggs, Esq. via CM/ECF